No. 792. KUNZMAN ET AL. *v.* UNION PACIFIC RAIL-ROAD Co. Sup. Ct. Colo. Certiorari denied. *Charles S. Vigil* for petitioners. *James H. Anderson* and *E. G. Knowles* for respondent.

No. 795. RETAIL STORE EMPLOYEES UNION, LOCAL 954 *v.* LASALLE & KOCH Co. C. A. 6th Cir. Certiorari denied. *Joseph E. Finley* for petitioner. *Harry L. Browne, Howard F. Sachs,* and *Merritt W. Green* for respondent.

No. 796. RANDOLPH *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Luke McKissack* for petitioner.

No. 797. LOUISIANA INDUSTRIES, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Ewell Lee Smith, Jr.,* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Nancy M. Sherman* for respondent.

No. 799. AMBERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles S. Conley* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 800. UNITED BENEFIT LIFE INSURANCE Co. *v.* McCRORY. C. A. 8th Cir. Certiorari denied. *Harold W. Kauffman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Thomas L. Stapleton* for respondent.